Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

Sherman Division

| | | |
|---|---|---|
| PATRICIA A. COLLIER, Pro Se | ) | Case No. _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | Jury Trial: *(check one)*  ☑ Yes  ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| | ) | |
| ROY JORGENSEN ASSOCIATES, INC. | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | | |
| *with the full list of names.)* | | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.      **The Parties to This Complaint**

   A.      **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Patricia A. Collier |
| Street Address | 2819 Hudson Dr |
| City and County | Heartland, Kaufman County |
| State and Zip Code | Texas, 75126 |
| Telephone Number | (972) 781-8244 |
| E-mail Address | pcollier1226@gmail.com |

   B.      **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Roy Jorgensen Associates, Inc. |
| Job or Title *(if known)* | Corporation |
| Street Address | 3735 Buckeystown Pike, PO Box 70 |
| City and County | Buckeystown, Frederick County |
| State and Zip Code | MD, 21717-0070 |
| Telephone Number | (301) 831-1000 |
| E-mail Address *(if known)* | contactus@royjorgensen.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

### C.   Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Jorgensen FM |
| Street Address | 6565 Headquarters Dr. |
| City and County | Plano, Collin County |
| State and Zip Code | Texas, 75024 |
| Telephone Number | |

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Other federal law *(specify the federal law)*:

☐   Relevant state law *(specify, if known)*:

☐   Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☑    Termination of my employment.

☐    Failure to promote me.

☐    Failure to accommodate my disability.

☑    Unequal terms and conditions of my employment.

☐    Retaliation.

☑    Other acts *(specify)*:    Unfair/unsafe treatment was allowed to continue after complaint.

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

May 1, 2023, through June 29, 2023

C.    I believe that defendant(s) *(check one)*:

☐    is/are still committing these acts against me.

☑    is/are not still committing these acts against me.

NOTE: (Last Date of Employment with Jorgensen: 06/29/23)

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑    race

☐    color

☑    gender/sex

☐    religion

☐    national origin

☑    age *(year of birth)*    1953    *(only when asserting a claim of age discrimination.)*

☐    disability or perceived disability *(specify disability)*

E.    The facts of my case are as follows.  Attach additional pages if needed.

# ATTACHMENT

Case No. _____

E. **The facts of my case are as follows: (Continued)**

It was also plaintiff's belief that in one of her weekly check-in Teams calls with her manager (Mats Nordin), plaintiff asked if her role could be re-evaluated and possibly considered for a salary increase. She also raised some concerns and confusion she had regarding her job role and why other tasks outside of her job description had been added to her already heavy workload. Again, on June 15, 2023, the plaintiff met with her managers (Mats Nordin/Wisconsin and Brandon Ordonez/California), via a Microsoft Teams call to discuss the job role and was asked to share her concerns and dissatisfaction regarding the tasks and extra work she had been given. Both Brandon and Mats agreed and told plaintiff that she was not hired to perform janitorial tasks but was hired to provide administrative support to their client's Facilities Management Team (Toyota Financial Services)  which is headquartered in Plano, TX. (Pls. see attached job description).

It was also plaintiff's further belief that she was being unfairly treated due to the fact that all of her interviews with Jorgensen's Associates were conducted "remotely" via Teams calls (non-video conferencing). Therefore, Mats only knew she was female but did not know her age (69 at that time; now 71), or race (Black) prior to offering her the job. In fact, Jorgensen Associates did not become aware of the plaintiff's race or age until after Mats Nordin had requested her photo ID/driver's license and social security information so that he could complete the I-9 verification process before its expiration and her start date. But due to the severe snowstorm in the Dallas area in 2023, it was not possible to meet Mats Nordin and Nick Martinez (plaintiff's predecessor) at the client's site on her start date. But plaintiff did meet Brandon Ordonez in person the first week of February 2025 after the severe snowstorm had cleared up and her predecessor sometime early March 2023. However, plaintiff did get a chance to finally meet Mats Nordin in person around 06/17/23.

During plaintiff's last Teams call meeting on June 15th with Mats and Brandon, she asked if the other Team members were required to document all their daily/completed tasks and submit weekly reports, but they both ignored her question and stated that the reason she was required to document everything was to show justification to Toyota the need to hire an "additional" person to perform the manual/janitorial tasks and also help plaintiff with her workload. Plaintiff agreed to submit a bullet point list as a "one-time" outline to show tasks she completes on a daily basis. However, she did not know at the time that she was to keep track of everything she did every day and submit to her manager indefinitely.

And during this last Teams call, plaintiff was told that she had been approved for a 4% increase in her annual salary that would become effective July 1, 2023. However, this was plaintiff's first knowledge that a raise had been approved or was being considered since her request to Mats weeks before, as she had not received any emails, phone calls, or any official notification from her manager(s) or from the Human Resources department.

# ATTACHMENT

Case No. _____

E. **The facts of my case are as follows: (Continued)**

At the conclusion of plaintiff's Teams call on June 15, 2023, she asked Mats after they had discussed all her concerns and that they had agreed that they had discussed her job role with Tim (Toyota) to confirm that she was hired to provide administrative support – and not to do those tasks outside of her job description (i.e., janitorial, move/deliver furniture, dispose of trash and clean out storage rooms, etc.), that it also meant, that the storage room cleaning was no longer required to be done. But what Mats replied back was truly unexpected, as plaintiff thought all the problems and concerns they had discussed, had been resolved. Mats responded that "yes," the storage room still had to be cleaned, and the remaining stuff had to be disposed of. Mats informed plaintiff that he was coming to Plano, TX to assist in that task. Plaintiff then told Mats Nordin that she did not feel comfortable with this at all and did not understand why the company's janitorial team was not required to clean it. Mats reply to her was "unfortunately, we just have to pick our battles." Plaintiff knew then that her managers were not going to fix the problem, so she felt she had no other option but to quit because she felt she was being forced to resign because of her race/age.

**Note**: Plaintiff really liked her job and was exceptionally good at doing her job and had never received any negative comments or had ever been disciplined while working in her job. This job was primarily a "remote" role, but plaintiff chose to go into the office most days because she believed she could provide better, more efficient, and expedient customer service and support to the client. Plaintiff was also grateful to have the flexibility and privilege to work remotely when necessary and she looked forward to showing up for work every day – until the unfair treatment started happening. Therefore, plaintiff's "breaking point" had been reached, and she was even more strongly convinced that she was being forced to quit due to her managers unwillingness to correct the unfair treatment and her workload which caused delays in finishing the projects called for in her job description. More than often these delays caused plaintiff to have to work over her normal 40 hours a week, which her manager also noticed and asked her to put those hours on her timesheet, but to make sure she was not working more hours that would interfere with her rest. Plaintiff was convinced it was because of her race and her age that she was given extra work in intolerable situations and outside of her job description and required to document her work. Plaintiff felt those were the only probable reasons it could be, since her work ethics, qualifications and skills had never been questioned by her managers or the client.

Therefore, plaintiff is seeking monetary damages for punitive and compensatory pay for lost income, emotional distress, unfair treatment, embarrassment, and humiliation as the harm she suffered caused by defendant's violation of plaintiff's rights to fair and equitable treatment. Plaintiff felt that the defendant's failure to investigate and stop the unfair treatment caused by the changes defendant made to her job description without her consent, prevented plaintiff to remain in the job she loved, and believes the facts will show that plaintiff is entitled to the damages or other relief sought.

Page 2 of 2

It is plaintiff's sincere belief that she was forced to resign her job as Facilities Administrator with Jorgensen Associates on June 29, 2023, due to her age, race, and gender, and believe employer (Jorgensen Associates, Inc.) violated plaintiff's rights from May 2023 until June 2023. Plaintiff was treated unfairly and different than others on the team; was given extra workload and was required to perform multiple tasks that were clearly outside of her job description and comfort. Plaintiff was subjected to unsafe working environment by being instructed to move equipment, setup/assemble furniture, deliver equipment/boxes to other floors and buildings, clean out storage room, discard old documents, take trash to basement for disposal, and assemble shelves during 05/08-05/12/23.

(Please additional page attached).

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.     It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

12/28/2023

B.     The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*   01/31/2025   .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.     Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Plaintiff is asking the Court to order monetary relief for damages she incurred as the result alleged wrongs she suffered for lost income, pain and suffering. Plaintiff is seeking $180,560 in compensatory damages and $59,280 for punitive damages due to defendant's intentional or neglect to resolve the alleged wrongs but rather allowed wrongs to continue during the period from May 1, 2023, until plaintiff's final date of employment of June 29, 2023.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        04/28/2025

Signature of Plaintiff       *Patricia A. Collier*

Printed Name of Plaintiff      Patricia A. Collier

### B.        For Attorneys    NA

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address





**JORGENSEN FM**
PERFORMANCE INNOVATION

## Facilities Administrator

**Description of Role:**

The primary purpose of this position is to provide administrative support to our client's Facilities Management Team. A strong communicator who can receive and process complex information efficiently and, in return, pass on required vital information and action points to the Team. The Administrator ensures that everything behind the scenes runs smoothly and can efficiently multitask.

**Responsibilities**

- Foster and develop a strong customer service-oriented culture and relationship with the client and specific "key" contacts and liaisons to ensure the successful delivery of services.
- Maintain the financial administration, including entering purchase orders, reconciling invoices, and monitoring expenditures against the budget.
- Liaise with client internal customers, third parties, and suppliers/contractors.
- Support our client's facilities department in delivering a consistent and efficient service across multiple sites, including schedules that are up to date and that any remedial works(s) are undertaken quickly.
- Act as the first point of contact within our client's facilities department during working hours. Questions or concerns are dealt with in a timely manner.
- Helpdesk management, monitoring and responding to job requests, including liaising proactively and reactively with other staff and supply chain partners.
- Provide other administrative and operational/coordination support to our client's Director of Facilities
- To maintain internal systems and workflow and advise internal clients on Administrative best practices.
- Attend meetings frequently and take notes.
- Reports – preparation of various management reports and electronic presentations, including overall design, manipulation, and data extraction.
- Maintain electronic and paper filing systems, ensuring consistency and supporting client's management team where required.



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Dallas District Office**
207 S. Houston Street, 3rd Floor
Dallas, TX 75202
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 01/31/2025

**To:** Ms. Patricia A. Collier
2819 Hudson Dr , HEARTLAND, TX 75126
Charge No: 531-2023-04587

EEOC Representative and email:   JACOB RAMIREZ
Bilingual Investigator
jacob.ramirez@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 531-2023-04587.

On behalf of the Commission,

**DEANNA BROOKS TORRES**

Digitally signed by DEANNA BROOKS TORRES
Date: 2025.01.31 16:42:38 -06'00'

For Travis M. Nicholson
District Director

Cc:
JoAnn Tucker
Jackson Lewis P.C.
717 TEXAS ST STE 1700
Houston, TX 77002

Pamela B Linberg
Jackson Lewis P.C.
717 TEXAS ST STE 1700
Houston, TX 77002

3735 BUCKEYSTOWN PIKE
BUCKEYSTOWN, MD 21717

Suzanne Weiger
Roy Jorgensen Associates, Inc
3735 Buckeystown Pike PO Box 70
Buckeystown, MD 21717

Nathaniel J Higgins
Jackson Lewis P.C.
717 TEXAS ST STE 1700
Houston, TX 77002

Pam Barbossa
Jackson Lewis P.C.
717 TEXAS ST STE 1700
Houston, TX 77002

Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 531-2023-04587 to the

Enclosure with EEOC Notice of Closure and Rights (01/22)

District Director at Travis Nicholson, 207 S. Houston Street 3rd Floor, Dallas, TX 75202.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 531-2023-04587 to the District Director at Travis Nicholson, 207 S. Houston Street 3rd Floor, Dallas, TX 75202.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | 531-2023-04587 |

| Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| I Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)* | Home Phone | Year of Birth |
|---|---|---|
| Ms. Patricia A. Collier | 972-781-8244 | 1953 |

Street Address

2819 Hudson Dr

HEARTLAND, TX 75126

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. **(If more than two, list under PARTICULARS below.)**

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Jorgensen Associates, Inc. (Jorgensen) | | |

Street Address

3735 BUCKEYSTOWN PIKE

BUCKEYSTOWN, MD 21717

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest        Latest |
| Age, Race, Sex | 05/01/2023        06/26/2023 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

PERSONAL HARM:

I began my employment with Respondent on or around January 31, 2023, and worked in the position of Facilities Administrator under the supervision of Mats Nordin.

During my hiring process, I only spoke to management via telephone and did not meet Mats in person until approximately May 2023. Around this same time, I was subsequently asked by Mats to complete a weekly report detailing each daily task I completed during that week and submit it at the end of the week each Friday. When I worked on-site at Toyota, who was a client, I was required to clean out the storage/junk room, dispose of trash and old documents, and set up/assemble and deliver office furniture and equipment to other floors and buildings. I am aware that I was the only

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Ms. Patricia A. Collier**<br><br>**12/28/2023**<br><br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | 531-2023-04587 |

| **Texas Workforce Commission Civil Rights Division** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

minority on my team and that similarly situated individuals outside of my protected class were not required to complete the same reports or additional job duties. Despite complaining to my management about the different terms and conditions of employment, I was informed I was to continue submitting the reports and additional laborious job tasks. I believe I had no choice but to resign my employment effective June 26, 2023. I am aware that I was replaced by a younger White female.

RESPONDENT'S REASON FOR ADVERSE ACTION:

I was informed I needed to submit the reports because the Respondent stated they needed to determine what my job duties were, and they needed to justify hiring another person.

DISCRIMINATION STATEMENT:

I believe that I have been discriminated against because of my race (Black) and sex (female), in violation of Title VII of the Civil Rights Act of 1964, as amended, and my age, 69, in violation of the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Ms. Patricia A. Collier**<br><br>**12/28/2023**<br><br><div align="right">*Charging Party Signature*</div> | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

**NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW**

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

**NOTICE OF NON-RETALIATION REQUIREMENTS**

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

UI Support & Customer Service
TEXAS WORKFORCE COMMISSION
PO BOX 901010
FORT WORTH TX 76101-2010

## DETERMINATION ON PAYMENT OF UNEMPLOYMENT BENEFITS
Date Mailed:    August 16, 2023

PATRICIA A COLLIER
2819 HUDSON DR
HEARTLAND TX 75126

Social Security Number: XXX-XX-8512
Employer: ROY JORGENSEN ASSOCI
As:
Employer Account No: 08-741490-6
All dates are shown in
month-day-year order.

### Decision

Issue: Separation from Work
**Decision:** We can pay you benefits, if you meet all other weekly requirements such as being able, available, and actively searching for work.
**Reason for Decision:** Our investigation found that you quit your last work because your employer changed your hiring agreement. Your reason for quitting is considered good cause connected with the work.
**Law Reference:** Section 207.045 of the Texas Unemployment Compensation Act.

#### Understanding your Decision
If you receive a decision that says, "we cannot pay you benefits," it means there is a problem with your claim EVEN IF you have received other decisions for the same period that say, "we can pay you benefits." If even one decision for the same period says we cannot pay, you will not receive an unemployment payment for that period.
**To resolve issues on decisions you receive:**
1. Follow instructions on the notice(s); call the Tele-Center at 800-939-6631 if you have questions;
2. If the instructions tell you to "Report," call the Tele-Center at once;
3. If you disagree with a decision, file an appeal. Appeal each decision separately by the appeal deadline. If you fax your appeal, keep a confirmation sheet.
Your employer can appeal TWC's decision to pay benefits. TWC will notify you of any appeal hearing. If you do not participate, you may lose your benefits and have to repay benefits you received.

### Determination of Potential Chargeback for the Employer

### If You Disagree with this Decision

**If you disagree with this decision, you may appeal. Submit your appeal by mail, fax, online, or in person at any Texas Workforce Solutions office, on or before   08-30-23   .**

TWC will use the postmark date, or the date we receive the fax or online form, to determine whether you submitted your appeal on time. If you appeal by fax, you should keep your fax confirmation as proof you sent it. Please include a copy of this determination notice with your appeals correspondence.
**If you receive multiple determination notices, you must appeal each determination separately.**
Mail the appeal to:

| | |
|---|---|
| You may appeal by submitting TWC's online appeal form. Go to www.texasworkforce.org/uiappeal | Appeal Tribunal<br>Texas Workforce Commission<br>101 E. 15th Street<br>Austin, TX 78778-0002<br>Or fax to (512) 475-1135 |

Case No.:   42
Claim ID.:   07-16-23
Claim Date:   07-16-23
HEARING IMPAIRED CLIENTS
CALL 711 for RELAY TEXAS

**Please See Reverse For How To File An Appeal.**
BD300E 02/28/2018

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Collier, Patricia A.

## DEFENDANTS

Roy Jorgensen Associates, Inc.

**(b)** County of Residence of First Listed Plaintiff   Kaufman
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Frederick
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

None

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question (U.S. Government Not a Party) | |
| ☐ 2 U.S. Government Defendant | ☒ 4 Diversity (Indicate Citizenship of Parties in Item III) | |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & / ☐ 367 Health Care/ | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander / Pharmaceutical Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' / Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability / ☐ 368 Asbestos Personal ☐ 340 Marine / Injury Product ☐ 345 Marine Product / Liability | | ☐ 835 Patent - Abbreviated New Drug Application ☐ 840 Trademark | ☐ 460 Deportation ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | Liability / **PERSONAL PROPERTY** ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | **LABOR** ☐ 710 Fair Labor Standards | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle / ☐ 371 Truth in Lending | Act | | ☐ 485 Telephone Consumer |
| ☐ 190 Other Contract | Product Liability / ☐ 380 Other Personal | ☐ 720 Labor/Management | **SOCIAL SECURITY** | Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal / Property Damage | Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | Injury / ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| | ☐ 362 Personal Injury - / Product Liability | ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| | Medical Malpractice | Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment / ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ / Sentence | | or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | Accommodations / ☐ 530 General | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - / ☐ 535 Death Penalty | **IMMIGRATION** | 26 USC 7609 | Act/Review or Appeal of |
| | Employment / **Other:** | ☐ 462 Naturalization Application | | Agency Decision |
| | ☐ 446 Amer. w/Disabilities - / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | ☐ 950 Constitutionality of |
| | Other / ☐ 550 Civil Rights | Actions | | State Statutes |
| | ☐ 448 Education / ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
29 U.S.C. 621

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____  DOCKET NUMBER _____

DATE

SIGNATURE OF ATTORNEY OF RECORD   *Patricia A. Collier*

### FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____