# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PATRICIA A. COLLIER, | § | |
| | § | |
| Plaintiff, | § | **CIVIL ACTION NO. 4:25-CV-00445-ALM-AGD** |
| v. | § | |
| | § | |
| ROY JORGENSEN ASSOCIATES, INC | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 26, 2026, the Magistrate Judge entered a Report (Dkt. #56) recommending that Defendant Roy Jorgensen Associates, Inc.'s Motion for Summary Judgment and Supporting Brief (Dkt. # 43) be granted and that *pro se* Plaintiff Patricia A. Collier's case be dismissed with prejudice. On July 10, 2026, Plaintiff filed an objection to the Report (Dkt. #57). On July 24, 2026, Defendant filed a Response to Plaintiff's Objection (Dkt. #58).

Accordingly, having received the Report of the Magistrate Judge, Plaintiff's Objection (Dkt. #57), Defendant's Response to Plaintiff's Objection (Dkt. #58), and having conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Roy Jorgensen Associates, Inc.'s Motion for Summary Judgment and Supporting Brief (Dkt. # 43) is **GRANTED**. It is further **ORDERED** that Plaintiff Patricia A. Collier's case is dismissed with prejudice.

**IT IS SO ORDERED.**

**SIGNED this 10th day of August, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE